IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES FRANKLIN LINER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:14-CV-8022-VEH |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

# FINAL JUDGMENT ORDER

Petitioner James Franklin Liner, a federal inmate proceeding *pro se,* has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. In accordance with the Memorandum Opinion issued contemporaneously herewith, the court hereby **ORDERS** as follows:

1. Liner's request to vacate, set aside or correct his sentence is hereby **DENIED**.

2. Liner's request for an evidentiary hearing is hereby **DENIED**.

3. Liner's motion to appoint counsel is hereby **DENIED**.

4. This action is hereby **DISMISSED**, and judgment is hereby entered in favor of Respondent, the United States of America, and against

Petitioner, James Franklin Liner.

5. Liner is not entitled to a Certificate of Appealability.

6. Any motion for leave to appeal in forma pauperis is hereby **DENIED**.

**DONE** and **ORDERED** this the 1st day of Decemberr, 2015.

**VIRGINIA EMERSON HOPKINS**
United States District Judge